GLENN A. HARRIS (GH-0919)
RICHARD D. GALLUCCI, JR. (RG-4635)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
A Pennsylvania Limited Liability Partnership
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ  08043-4636
(856) 761-3400

Attorneys for Plaintiffs The Arden Group , Inc.
and Arden Echelon Partners, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| THE ARDEN GROUP, INC., and ARDEN ECHELON PARTNERS, LLC, : : : Plaintiffs, : : vs. : : FOUR ECHELON PLAZA LIMITED PARTNERSHIP, LMP FOUR ECHELON, LLC, and LEGGAT MCCALL PROPERTIES, LLC, : : : : : Defendants. : : | Civil Action No. 03-CV-5314 (FLW)  **STIPULATION OF DISMISSAL** |

      Pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby stipulated and agreed by and between Plaintiffs, The Arden Group, Inc. and Arden Echelon Partners, LLC, and Defendant LMP Holdings Management, LLC, successor-in-interest to the former Leggat McCall Properties, LLC, that the Complaint, and any counterclaims or affirmative defenses are dismissed with prejudice, and without fees or costs, subject to the conditions set forth in the Settlement Agreement and Release executed by the parties.

Dated:  December 6, 2004      By: <u>s/ Richard D. Gallucci, Jr.</u>

BALLARD SPAHR ANDREWS
   & INGERSOLL, LLP
103 Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636

Attorneys for The Arden Group , Inc.
and Arden Echelon Partners, LLC


Dated: December 6, 2004      By: <u>s/ Patrice A. King</u>
GOODWIN PROCTOR LLP
102 Eisenhower Parkway
Roseland, N.J. 07068
Attorneys for LMP Holdings Management, LLC